**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Mack Watson, Jr. v. The State of Texas

Appellate case number:      01-21-00281-CR

Trial court case number:    1520070

Trial court:                263rd District Court of Harris County

A jury convicted appellant, Mack Watson, Jr., of the offense of murder, and assessed his punishment at confinement for forty years. The trial court appointed Andrew J. Smith to represent appellant on appeal. Appointed counsel has filed a motion to withdraw as appellant's counsel, stating that he "has been appointed by the Harris County District Court Judges to serve as a Felony Associate Judge" beginning February 1, 2022.

Accordingly, we abate the appeal and remand the case to the trial court to determine whether appointed counsel, Andrew J. Smith, should be allowed to withdraw from representing appellant on appeal. If counsel is allowed to withdraw, the trial court is directed to appoint counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p).

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, and any findings or recommendations, with this Court no later than 30 days from the date of this order.

The appeal is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                   ☑ Acting individually   ☐ Acting for the Court

Date: ___February 8, 2022___